**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER DENYING MOTION FOR REHEARING

Appellate case name:      Benson Dorsey v. State of Texas

Appellate case numbers:  01-18-00520-CR, 01-18-00521-CR, 01-18-00522-CR

Trial court case numbers: 1569925, 1570348, 15700349

Date motion filed:          January 22, 2020

Trial court:                    185th District Court of Harris County

       Appellant Benson Dorsey filed a motion for rehearing of this Court's December 12, 2019 opinion. The motion for rehearing is **denied.**

       It is so **ORDERED.**


Judge's signature: _____/s/ Peter Kelly_____
               ☐ Acting individually    ☑ Acting for the Court

Panel consists of Justices Keyes, Kelly, and Goodman.

Justice Goodman, dissenting.



Date:  _September 1, 2020__